**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AIMEE POTTER,<br>individually and on behalf of all others<br>similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>: Case No. 1:21-cv-05496<br>:<br>: Hon. Elaine E. Bucklo<br>:<br>:<br>:<br>: |

**NOTICE OF MOTION**

TO:　　David Fish
　　　　dfish@fishlawfirm.com
　　　　Mara Baltabols
　　　　mara@fishlawfirm.com
　　　　**FISH POTTER BOLANOS, P.C.**
　　　　200 East 5th Avenue, Suite 123
　　　　Naperville, IL 60563
　　　　Tel: (630) 355-7590

　　　　Douglas M. Werman
　　　　dwerman@flsalaw.com
　　　　Zachary C. Flowerree
　　　　zflowerree@flsalaw.com
　　　　**WERMAN SALAS P.C.**
　　　　77 W. Washington St., Suite 1402
　　　　Chicago, Illinois 60602 ap
　　　　Tel: (312) 419-1008

　　**PLEASE TAKE NOTICE** that on Wednesday, January 5, 2022, at 9:45 a.m., or as soon thereafter as the matter can be heard, the undersigned will appear[1] before the Honorable Elaine E. Bucklo in Courtroom 2243 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, to present a MOTION TO COMPEL ARBITRATION, TRANSFER VENUE, OR DISMISS, a copy of which is being served herewith.

---

[1] Pursuant to Judge Bucklo's Procedures, "[a]ppearances in court will not be required. Moving counsel shall notify all parties that the Court will rule by written order and that an appearance on the date of presentment is not required. (The presentment date is for tracking purposes only.)."

       Respectfully submitted,

**DATED**: December 20, 2021       **BLANK ROME LLP**

*s/ Jeffrey N. Rosenthal*
Jeffrey N. Rosenthal
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel.: (215) 569-5553
Fax: (215) 832-5533
Email: jeffrey.rosenthal@blankrome.com

Ana Tagvoryan
(*pro hac vice forthcoming*)
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067
Tel.: (424) 239-3465
Fax: (424) 239-3690
Email: ana.tagvoryan@blankrome.com

David J. Oberly
(*pro hac vice forthcoming*)
1700 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
Tel.: (513) 362-8711
Fax: (513) 362-8798
Email: david.oberly@blankrome.com

*Attorneys for Defendant,*
*Target Corporation*