IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AIMEE POTTER, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : | Case No. 1:21-cv-05496 |
| vs. | : : | Hon. Elaine E. Bucklo |
| TARGET CORPORATION, | : : | |
| Defendant. | : : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Aimee Potter ("Plaintiff") hereby files this Notice of Voluntary Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims in the above-captioned case against Defendant Target Corporation ("Defendant"), with each side bearing its own costs and fees. None of the rights of any putative class members other than Plaintiff has been released or are otherwise affected by this dismissal. This dismissal resolves the entire action as between Plaintiff and Defendant.

RESPECTFULLY SUBMITTED AND DATED this 8th day of February, 2022.

By: *s/Mara Baltabols*
Mara Baltabols
One of Plaintiff's Attorneys

David Fish dfish@fishlawfirm.com
Mara Baltabols mara@fishlawfirm.com
**FISH POTTER BOLAÑOS, P.C.**
200 E 5th Ave., Suite 123
Naperville, IL 60563
(312) 861-1800

Douglas M. Werman dwerman@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 8, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

By: *s/Mara Baltabols*